KESSLER TOPAZ MELTZER
  & CHECK, LLP
ELI R. GREENSTEIN (Bar No. 217945)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax: (415) 400-3001
egreenstein@ktmc.com

-and-

NAUMON A. AMJED
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax: (610) 667-7056
namjed@ktmc.com

*Counsel for Robert C. Hamilton and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAI JAN BAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORPORATION, LYNDON R. RIVE, and ROBERT D. KELLY,<br><br>Defendants. | Case No. 14-cv-01435-BLF<br><br>**CLASS ACTION**<br><br>**WITHDRAWAL OF ROBERT C. HAMILTON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:   August 7, 2014<br>Time:   9:00 a.m.<br>Court Room:  3 – 5th Floor<br>Judge:   Hon. Beth Labson Freeman |

On May 27, 2014, putative class member Robert C. Hamilton filed a timely motion under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for appointment as lead plaintiff and approval of his selection of lead counsel (the "Motion"). *Bao v. SolarCity Corp.*, *et al.*, No. 5:14-cv-01435-BLF, ECF No. 23.  Four other motions for appointment as lead plaintiff have also been filed.

The PSLRA provides that in selecting a lead plaintiff, courts shall adopt a presumption that the movant who has the largest financial interest and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure is the "most adequate plaintiff" to represent the class.  15 U.S.C. §78u-4(a)(3)(B)(iii).  Based on representations made by the competing movants, it appears that Mr. Hamilton does not have the largest financial interest in this matter.  As such, Mr. Hamilton hereby withdraws his Motion.

This withdrawal is submitted without prejudice to Mr. Hamilton's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of the above-captioned consolidated action through settlement, judgment, or otherwise.

Dated:  June 9, 2014                                    Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK, LLP

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
egreenstein@ktmc.com

-and-

NAUMON A. AMJED
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
namjed@ktmc.com

*Counsel for Robert C. Hamilton and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2014.

KESSLER TOPAZ MELTZER
 & CHECK, LLP

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN

# Mailing Information for a Case 5:14-cv-01435-BLF Bao v. SolarCity Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas C. Bright**
  tbright@gbcslaw.com

- **Solomon B. Cera**
  scera@gbcslaw.com,keg@gbcslaw.com,jrl@gbcslaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eli Greenstein**
  egreenstein@ktmc.com,yjayasuriya@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
¿ (No manual recipients)
```