Mark Punzalan (State Bar No. 247599)
PUNZALAN LAW, P.C.
600 Allerton Street, Suite 201
Redwood City, CA 94063
Tel: (650) 362-4150
Fax: (650) 362-4151
Email: markp@punzalanlaw.com

Nicholas I. Porritt
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: nporritt@zlk.com

*Attorneys for Movant John Collins*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI JAN BAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORPORATION, LYNDON R. RIVE, and ROBERT D. KELLY,<br><br>Defendants. | No.  5:14-cv-01435-BLF<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF JOHN COLLINS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: August 7, 2014<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: The Honorable Beth Labson Freeman |

1

2

**NOTICE OF WITHDRAWAL OF MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3

PLEASE TAKE NOTICE, that lead plaintiff movant John Collins ("Collins"), having

4

reviewed the competing lead plaintiff motions, hereby withdraws his lead plaintiff motion, as

5

Collins does not appear to have the largest financial interest. This notice shall have no effect on,

6

and is without prejudice to, Collins' status as a member of the proposed class, including but not

7

limited to the right to share in any recovery from the resolution of this litigation through settlement,

8

judgment, or otherwise.

9

10 | Dated: June 10, 2014            Respectfully submitted,

11                                  **PUNZALAN LAW, P.C.**

12                                  /s/ Mark Punzalan
                                    Mark Punzalan
13                                  600 Allerton St., Suite 201
                                    Redwood City, CA 94063
14                                  Tel: (650) 362-4150
                                    Fax: (650) 362-4151
15                                  Email: markp@punzalanlaw.com

16

17                                  Nicholas I. Porritt
                                    LEVI & KORSINSKY LLP
18                                  1101 30th Street NW, Suite 115
                                    Washington, DC 20007
19                                  Tel: (202) 524-4290
                                    Fax: (202) 333-2121
20

21                                  *Attorneys for Movant John Collins*

22

23

24

25

26

27

28

JOHN COLLINS WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Nos. 3:13-cv-05216-CRB and 3:13-cv-05438-CRB
1