# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAI JAN BAO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SOLARCITY CORPORATION, et al., <br><br> Defendants. | Case No.  14-cv-01435-BLF <br><br> **ORDER VACATING HEARING** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendant's Motion to Dismiss the Third Amended Complaint suitable for submission without oral argument and hereby VACATES the hearing scheduled for July 7, 2016.

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge