# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAI JAN BAO, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>SOLARCITY CORPORATION, et al.,<br><br>   Defendants. | Case No. 14-cv-01435-BLF<br><br>**JUDGMENT** |

  Having granted Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint without leave to amend, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

  **IT IS SO ORDERED.**

Dated: August 9, 2016

_____
BETH LABSON FREEMAN
United States District Judge